FILED

05/26/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0162

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0162

ROBERT L. ROSE,

        Petitioner and Appellant,

    v.

MONTANA DEPARTMENT OF
CORRECTIONS, BRIAN GOOTKIN, Director;
and JAMES SALMONSEN, Warden of
Montana State Prison,

        Respondents and Appellees.

## ORDER

Through counsel, Montana Department of Corrections, Brian Gootkin, and James Salmonsen have filed Notice that this appeal is not subject to mandatory appellate alternative dispute resolution under Mont. R. App. P. 7.

IT IS THEREFORE ORDERED that this appeal is NOT subject to mandatory appellate alternative dispute resolution under Mont. R. App. P. 7.

IT IS FURTHER ORDERED that Peter M. Meloy is relieved of his appointment as mediator in this matter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 26 2023